IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP ARAGON, et al., | No. C-09-05016 EDL |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| BANK OF AMERICA, et al., | |
| Defendants. / | |

By court order filed on October 21, 2009, this case was set for an initial case management conference on January 26, 2010 at 3:00 p.m. Although Plaintiffs filed a Case Management Conference Statement on January 18, 2010, Plaintiffs failed to appear without prior excuse on January 26, 2010 for the case management conference.

Accordingly, Plaintiffs are ordered to show cause as to why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The show cause hearing is scheduled for February 9, 2010 at 9:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. If Plaintiffs wish to pursue this case, Plaintiffs must appear (or request a telephonic appearance) at the hearing and be prepared to discuss why this Court should not dismiss this action for failure to prosecute. If Plaintiffs fail to appear at the hearing without prior excuse, or fail to show good cause for failure to prosecute, this Court will have this case reassigned with a recommendation to dismiss.

**IT IS SO ORDERED.**
Dated: February 3, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge