IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHILLIP ARAGON, et al.,            No. C-09-05016 EDL

    Plaintiffs,                  **ORDER FOR REASSIGNMENT**

v.

BANK OF AMERICA, et al.,

    Defendants.

_____/

    In view of the Report and Recommendation filed on February 11, 2010, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

**IT IS SO ORDERED.**

Dated: February 11, 2010

                               ELIZABETH D. LAPORTE
                               United States Magistrate Judge